W. RANDOLPH PATTON, ESQ.
Nevada Bar No.: 000365
**PATTON & KIRALY, P.C.**
3016 West Charleston Blvd., Suite 195
Las Vegas, Nevada 89102
(702) 870-6790  - *Phone*
(702) 870-7490  - *Facsimile*
rpatton@pattonkiraly.com

*Attorney for Plaintiff*
AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID FIGUEROA,<br><br>Defendant. | Civil Action No.: 2:15-cv-01183-GMN-PAL<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff, AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, by and through its attorney, W. RANDOLPH PATTON, ESQUIRE, of PATTON & KIRALY, P.C. and Defendant, DAVID FIGUEROA, by and through his attorney, BENJAMIN CLOWARD, ESQUIRE, of CLOWARD HICKS BRASIER, PLLC, that the above entitled matter shall be dismissed with prejudice, and

/ / / / /

/ / / / /

1   each of the parties shall pay their costs and attorneys' fees herein incurred.

2   DATED this _____ day of September, 2016.

| PATTON & KIRALY, P.C. | CLOWARD HICKS & BRASIER, PLLC |
|---|---|
| By: _____ | By: _____ |
| W. Randolph Patton, Esq. | Benjamin P. Cloward, Esq. |
| Nevada Bar No. 000365 | Nevada Bar No. 011087 |
| 3016 W. Charleston Blvd. #195 | 4101 Meadows Lane #210 |
| Las Vegas, NV 89102 | Las Vegas, Nevada 89107 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

_____
U.S. DISTRICT JUDGE

DATED: September 20, 2016

Submitted by:

PATTON & KIRALY, P.C.

By: _____
W. Randolph Patton, Esq.
Nevada Bar No. 000365
3016 W. Charleston Blvd. #195
Las Vegas, NV 89102
*Attorneys for Plaintiff*

Case No. 2:15-cv-01183-GMN-PAL